# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **Case No. 16-166 (RJL)** |
| v. | : | |
| | : | |
| PATRICIA DRISCOLL, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District

of Columbia, respectfully notes the filing of the attached discovery letter.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

By:  _____/s/_____

Virginia Cheatham
Assistant United States Attorney
Bar No. 411980
555 Fourth Street, N.W., Room 5836
Washington, DC   20530
Virginia.cheatham@usdoj.gov
(202) 252-7820

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2017, a copy of the foregoing Notice of Filing was served via electronic case filing to counsel for the defendant.

_____/s/_____

Virginia Cheatham
Assistant U.S. Attorney