

U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

February 27, 2018

Brian W. Stolarz, Esq.
Peter Zuk, Esq.
LeClair Ryan
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314

        Re:    United States v. Patricia Driscoll
                  Criminal Case No. 16-166 (RJL)

Dear Mr. Stolarz and Mr. Zuk:

     Attached are additional materials pursuant to our Jencks and discovery obligations. The thumb drive contains documents from Orr Associates, a company hired to assist AFF with fundraising and grants. The disc contains various other, non-Orr Associates related, items.

     The passcode for opening the media will be sent under separate cover.

                                  Sincerely yours,

                                  JESSIE K. LIU
                                  United States Attorney

                    By:    _____
                                VIRGINIA CHEATHAM
                                Assistant United States Attorney

Encl.