UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 1:16-CR-00166-RJL-1 |
| PATRICIA DRISCOLL, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO CLARIFY GROUNDS FOR CONTINUANCE OF TRIAL**

Patricia Driscoll, through counsel, respectfully submits the following response to the Motion to Clarify Grounds for Continuance of Trial pursuant to the Court's July 23, 2018 Order.

The government appears to have accurately recounted the procedural history in this case, including the Court's October 17, 2016 Order, and the prior case and trial settings in this case.

Ms. Driscoll's positon regarding the government's motion is that this Court has been very clear in its reasoning and purposes for the scheduling of the trial in this case. Ms. Driscoll has not asserted that her speedy trial rights have been violated in this case. Therefore, the government's motion appears to be a nullity for which no response is required.

Ms. Driscoll therefore defers to the Court regarding the motion and whether any action on such motion is required.

1

Respectfully Submitted,

By: /s/ Brian W. Stolarz
Brian W. Stolarz
(D.C. Fed. Bar No. 466160)
LECLAIRRYAN, *A Professional Corporation*
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Telephone: (703) 647-5946
Facsimile:   (703) 647-5951
Brian.Stolarz@leclairryan.com

*Counsel for Defendant Patricia Driscoll*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document filed through the CM/ECF system on August 2, 2018, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Brian W. Stolarz
Brian W. Stolarz