GOVERNMENT

UNITED STATES OF AMERICA

v.

PATRICIA DRISCOLL

Crim Case No. 16-166   (RJL)

Evidentiary Hearing Exhibits

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR ID | RECEIVED IN EVIDENCE | DATE REC'D | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|---|
| GM1 | Transcript of 6/15/15 (Wednesday) Custody Hearing in Howard County, MD | 11/5/18 | | | | |
| GM2 | FBI 302 dated 7/22/2015 | 11/5/18 | | | Vaccini | |
| GM3 | Transcript of June 23, 2015 Proceeding in Howard County Case | 11/8/18 | | | | |
| GM4 | IRS Part 9 Criminal Investigation Manual | 11/8/18 | | | | |