UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**   : | |
| : | Case No. 16-cr-166 (RJL) |
| v.   : | |
| : | |
| **PATRICIA DRISCOLL,**   : | |
| : | |
| Defendant.   : | |

**GOVERNMENT'S MOTION FOR STATUS HEARING
TO SET NEW TRIAL DATE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests that this Court schedule a status hearing to set a new trial date in the above-captioned matter.

1. In November of 2018, after a four-week trial before this Court, a jury found Defendant Patricia Driscoll guilty of two counts of wire fraud, one count of first-degree fraud, and two counts of tax evasion.  This Court sentenced the defendant in September of 2019.

2. On January 5, 2021, the United States Court of Appeals for the District of Columbia Circuit vacated Defendant Driscoll's convictions and remanded for a new trial.

3. Accordingly, the United States respectfully requests that this Court schedule a status hearing for the purpose of setting a new trial date.

4. Undersigned government counsel has consulted with counsel for defendant, and the defendant does not object to the scheduling of a status hearing but does object to setting a new trial date, as her counsel will explain in greater detail at the status hearing.

WHEREFORE, the United States respectfully requests that the Court schedule a status hearing for the purpose of setting a new trial date.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

By:    /s/ Kathryn L. Rakoczy
Kathryn L. Rakoczy
Assistant United States Attorney
D.C. Bar No. 994-559
United States Attorney's Office
Public Corruption and Civil Rights Section
555 4th Street, N.W., Room 5239
Washington, D.C. 20530
(202) 252-6928 (office); (202) 740-3245 (cell)
Kathryn.Rakoczy@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2021, a copy of the foregoing motion has been sent via electronic case filing to counsel for the defendant.

       /s/
Kathryn L. Rakoczy
Assistant United States Attorney